**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) )  Civil Action No. 20-466 |
| WILBUR L. ROSS, JR., *et al.*, | ) ) ) |
| Defendants. | ) ) |

**COMPLAINT EXHIBIT 1**



*Managing the Needs of our Customers Through our Commitment to Sustainable Fisheries*

Thank you for the opportunity to provide some initial comments on the Joint-Council Omnibus Industry-Funded Monitoring Amendment.  Our comments focus on the types of monitoring being considered for the Atlantic herring and Atlantic mackerel fisheries.

This amendment came about following the partial disapproval of two previous Council amendments, which, combined, would have required our herring and mackerel vessels to have a Federally-approved observer on board, for every trip, with the vessel owners agreeing to limit their costs to $350/day, a sea-day cost for similar monitoring purposes on the West Coast, as understood at that time.

Lund's Fisheries agreed to this proposal in the hope that all of the questions about our pelagic fisheries could finally be answered and so that we could move ahead with meeting reasonable, biologically-based management goals and objectives in these important regional fisheries in the future.

Since that time, the Observer Committee has done a good job focusing on what is possible, and at what cost to both government and industry.  The projected costs are steep and most are likely to be unsustainable from our company's perspective.

Balancing the gathering of more data from these fisheries, with the cost of producing it and then  considering its' relative value, in terms of  comparable CV, accuracy and precision estimates that are used to monitor all of the other fisheries under Council management, is all rolled into the 579 page amendment with its 7 appendices.

It marks a turning point in regional fishery management policy, also, by requiring significant industry funding for monitoring programs that have been funded by the federal government since the passage of the MSA in 1977.  Assumingly, this would be forever, for every fishery, when agreed to at some point by the Councils and the Agency.

In the case of the herring and mackerel fisheries that we participate in, however, we realize we are going to have to incur some additional costs in the future but these costs need to sustainable and balanced with some biological benefits accruing to the herring and mackerel resources.  It does not appear that the government is seeking additional monitoring in these fisheries but, instead, stakeholder campaigns have created the need for this Omnibus Amendment.

At this time our herring and mackerel fishing vessels, the F/V Enterprise and the F/V Retriever, are working with the Observer Program to implement the pilot Electronic Monitoring (EM) program.  We sincerely appreciate the Agency's applying nearly a million dollars into this program to see if the concept works.

*997 Ocean Drive, Cape May, NJ, 08204 – 609-884-7600*