**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 20-466 |
| WILBUR L. ROSS, JR., *et al.*, ) | |
| Defendants. ) | |

**COMPLAINT EXHIBIT 7**



**UNITED STATES DEPARTMENT OF COMMERCE**
**The Secretary of Commerce**
Washington, D.C. 20230

August 8, 2019

Mr. Ryan P. Mulvey
Counsel, Cause of Action Institute
1875 Eye Street, NW, Suite 800
Washington, DC  20006

Dear Mr. Mulvey:

Thank you for your letter regarding the approval of the New England Fishery Management Council's (Council) Industry-Funded Omnibus Amendment. Let me assure you that resolving monitoring issues for the herring (and other) fisheries in New England is critical to both the National Oceanic and Atmospheric Administration and the Department of Commerce.

I appreciate your writing to express your concern for not only the process of developing and implementing these important measures, but also your belief that our approval of this amendment was not properly communicated. As you know, the Council approved this amendment on April 20, 2017. The Department published the amendment for public comment on September 19, 2018, and the comment period ended on November 19, 2018. By statute, I am required to either approve, disapprove, or partially approve the amendment within 30 days of the end of the comment period. According to 16 U.S.C. § 1854(a)(3), the statute states that this decision is to be made "…by written notice to the Council." That determination was made, and the Council was appropriately notified, within the statutory timeframe.

I approved the Council's amendment based on our review and conclusion that the amendment is consistent with the Magnuson-Stevens Fishery Conservation and Management Act and other applicable law. The approval of the amendment itself does not impose any regulatory requirement on the public, and the implementing regulations are still under review. Specifically, on November 7, 2018, the Department published a proposed rule in the *Federal Register* that would implement this amendment. The public comment period on the proposed rule concluded on December 24, 2018, and we are currently evaluating the comments prior to issuing any final rule. Any final rule that we may issue would include a summary of all of the comments received on the proposed rule, as well as responses to those comments. We will also assess whether to alter the proposed rule based on issues raised in those comments. Any final rule will be published in the *Federal Register*, and we will broadly inform any affected industry, as well as the general public, of its contents.

I appreciate your continued interest in fishery management issues. If you have any further questions, please contact Lawson Kluttz, Associate Director for Legislative and Intergovernmental Affairs, at (202) 482-3663.

Sincerely,

Wilbur Ross