AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Loper Bright Enterprises, Inc., et al. )
*Plaintiff* )
v. ) Case No. 1:20-cv-00466
Wilbur L. Ross, Jr., et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALL PLAINTIFFS: Loper Bright Enterprises, Inc., et al.   .

Date:   02/19/2020

/s/ Eric R. Bolinder
*Attorney's signature*

Eric R. Bolinder -- 1028335
*Printed name and bar number*

Cause of Action Institute
1310 N. Courthouse Rd., Suite 700
Arlington, VA 22201
*Address*

eric.bolinder@causeofaction.org
*E-mail address*

(202) 470-2396
*Telephone number*

*FAX number*