# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

    Plaintiff(s),

vs.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

    Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252346*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:32 PM** to be served upon **Civil Process Clerk, United States Attorney's Office**, at **501 3rd St., NW, Washington, DC, 20530**

I, **Harvey Jessup**, swear and affirm that on **February 24, 2020** at **10:11 AM**, I did the following:

Served **Civil Process Clerk, United States Attorney's Office**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Alesha Bynum** as **Paralegal & Authorized Agent** at **501 3rd St., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 30's Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:252346

District of Columbia: SS
Subscribed and Sworn to before me
this 24 day of February 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022