Case 1:20-cv-00466-ECS   Document 9   Filed 03/09/20   Page 1 of 3
Case 1:20-cv-00466-ECS   Document 4   Filed 02/21/20   Page 14 of 16

16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No. 20-466

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* United States Attorney General

was received by me on *(date)* February 21, 2020.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Personal service perfected (see enclosed affidavit) on February 24, 2020.
Duplicate courtesy service via registered mail:
Tracking Number RF262878434US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: March 9, 2020

*Server's signature*

Ryan P. Mulvey, Counsel
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

Plaintiff(s),

vs.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252354*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:59 PM** to be served upon **United States Attorney General, U.S. Department of Justice**, at **950 Pennsylvania Ave., NW, Washington, DC, 20530**

I, **Faith McClendon**, swear and affirm that on **February 24, 2020** at **11:59 AM**, I did the following:

Served **United States Attorney General, U.S. Department of Justice**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **David Burroughs** as **Mail Clerk & Authorized Agent** at **950 Pennsylvania Ave., NW, Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 40s Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Brown

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Faith McClendon**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:252354

District of Columbia: SS
Subscribed and Sworn to before me this 24 day of February, 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022



# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** RF262878434US

Remove ✕

Your item was delivered at 5:23 am on March 5, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

March 5, 2020 at 5:23 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

| Registered No. RF262878434US | | Date Stamp |
|---|---|---|
| Postage $ $3.20 | Extra Services & Fees (continued) | 01 33 04 |
| Extra Services & Fees | ☐ Signature Confirmation $ | FEB 24 2020 |
| ☐ Registered Mail $12.60 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ $2.85 | | |
| ☐ Return Receipt (electronic) $ $0.00 | Total Postage & Fees $ $18.65 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $0.00 | Received by 02/24/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM: Cause of Action Inst.
1310 N. Courthouse Rd Ste. 700
Arlington VA 22201

TO: U.S. Attorney General
U. S~~HASHINGTON~~ ~~[DC 20530]~~
950 Pennsylvania Ave NW
Washington DC 20530-0001

PS Form 3806, Registered Mail Receipt       Copy 1 - Customer
April 2015, PSN 7530-02-000-9051            (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®