16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No.  20-466

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Wilbur L. Ross, Jr. - Secretary of Commerce

was received by me on *(date)*    February 21, 2020    .

❐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

☒  Other *(specify)*:    Personal service perfected (see enclosed affidavit) on February 24, 2020     .

Duplicate courtesy service via registered mail:
Tracking Number RF262878403US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:    March 9, 2020

_____     *Server's signature*

Ryan P. Mulvey, Counsel

_____
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

Loper Bright Enterprises, Inc., et al

        Plaintiff(s),

VS.

Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al

        Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252347*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:47 PM** to be served upon **Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce**, at **U.S. Department of Commerce, 1401 Constitution Ave., NW, RM 5858, Washington, DC, 20230**

I, **Carolann Nitzsche**, swear and affirm that on **February 24, 2020** at **11:13 AM**, I did the following:

Served **Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Geraldine Washington** as **Mail Clerk & Authorized Agent** at **U.S. Department of Commerce, 1401 Constitution Ave., NW, RM 5858 , Washington, DC 20230** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: Sitting Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Carolann Nitzsche**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:252347

District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

3/9/2020                                   USPS.com® - USPS Tracking® Results

# USPS Tracking®

**FAQs** >

## Track Another Package  +

**Tracking Number:** RF262878403US                                  Remove ✕

Your item was delivered to an individual at the address at 11:42 am on March 4, 2020 in
WASHINGTON, DC 20230.

⊘ **Delivered**

March 4, 2020 at 11:42 am
Delivered, Left with Individual
WASHINGTON, DC 20230

**Get Updates** ∨

Feedback

| Registered No. | | Date Stamp | | |
|---|---|---|---|---|
| RF262878403US | | 0133 04 | | ∨ |

| | | | |
|---|---|---|---|
| Postage $ | **$3.20** | Extra Services & Fees *(continued)* | |
| Extra Services & Fees | | ☐ Signature Confirmation $ | ∨ |
| ☐ Registered Mail **$12.60** | | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt *(hardcopy)* $ **$2.85** | | | |
| ☐ Return Receipt *(electronic)* $ **$0.00** | | Total Postage & Fees | |
| ☐ Restricted Delivery $ **$0.00** | | $ **$18.65** | ∨ |
| Customer Must Declare Full Value $ **$0.00** | | Received by 02/24/2020 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

*COURTHOUSE STA* *FEB 2 4 2020* *VA 22216*

OFFICIAL USE

| | |
|---|---|
| FROM | Cause of Action Inst. ARLINGTON VA 22201 1310 N. Courthouse Rd. Ste 700 Arlington VA 22201 |
| TO | Wilbur L. Ross, Jr. Secy of Commerce Dept of Commerce WASHINGTON DC 20230 1401 Constitution Ave. NW Rm 5858 Washington DC 20230 |

PS Form **3806**, **Registered Mail Receipt**          Copy 1 - Customer
April 2015, PSN 7530-02-000-9051                         (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com®*

**e looking for?**

to your tracking questions.

...=RF262878403us%2C%2C          1/2

16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No. 20-466

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Commerce

was received by me on *(date)*  February 21, 2020                   .

❒  I personally served the summons on the individual at *(place)*
_____
_____ on *(date)* _____ ; or

❒  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Personal service perfected (see enclosed affidavit) on February 24, 2020
                                                                                                                              .
Duplicate courtesy service via registered mail:
Tracking Number RF262878448US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  March 9, 2020

*Ryan P. Mulvey*
_____
*Server's signature*

Ryan P. Mulvey, Counsel
_____
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Rd., Ste. 700
Arlington, VA 22201
_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

      Plaintiff(s),

VS.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

      Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252348*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:49 PM** to be served upon **U.S. Department of Commerce**, at **1401 Constitution Ave., NW, Washington, DC, 20230**

I, Carolann Nitzsche, swear and affirm that on **February 24, 2020** at **11:13 AM**, I did the following:

Served **U.S. Department of Commerce**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to Geraldine Washington as Mail Clerk & Authorized Agent at **1401 Constitution Ave., NW , Washington, DC 20230** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: Sitting Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Carolann Nitzsche**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:252348

District of Columbia: SS
Subscribed and Sworn to before me
this 24 day of FEBRUM, 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# USPS Tracking®

**FAQs >**

## Track Another Package  +

**Tracking Number:** RF262878448US

Remove ✕

Your item was delivered to an individual at the address at 11:42 am on March 4, 2020 in WASHINGTON, DC 20230.

✅ **Delivered**

March 4, 2020 at 11:42 am
Delivered, Left with Individual
WASHINGTON, DC 20230

**Get Updates** ⌄

Feedback



PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)

...ls=rf262878448us%2C

1/2

Case 1:20-cv-00466-EGS Document 10 Filed 03/09/20 Page 7 of 18

16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No.  20-466

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Neil Jacobs - Acting NOAA Administrator

was received by me on *(date)*   February 21, 2020   .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*  Personal service perfected (see attached affidavit) on February 24, 2020.              .

   Duplicate courtesy service via registered mail:
   Tracking Number RF262878425US
   (See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   March 9, 2020

*Ryan P. Mulvey*
_____
*Server's signature*

Ryan P. Mulvey, Counsel
_____
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Rd., Ste. 700
Arlington, VA 22201
_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

Loper Bright Enterprises, Inc., et al

        Plaintiff(s),

VS.

Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al

        Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



\*252349\*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:49 PM** to be served upon **Neil Jacobs, in his official capacity as Acting NOAA Administrator, U.S. Department of Commerce,** at **1401 Constitution Ave., NW, RM 5128, Washington, DC, 20230**

I, **Carolann Nitzsche**, swear and affirm that on **February 24, 2020** at **11:13 AM**, I did the following:

Served **Neil Jacobs, in his official capacity as Acting NOAA Administrator, U.S. Department of Commerce, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to Geraldine Washington as **Mail Clerk & Authorized Agent** at **1401 Constitution Ave., NW, RM 5128 , Washington, DC 20230** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: Sitting Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Carolann Nitzsche**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:252349

District of Columbia: SS
Subscribed and Sworn to before me
this 24 day of FEBRUARY 2020

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

# USPS Tracking®

**FAQs >**

### Track Another Package +

**Tracking Number:** RF262878425US

Remove ✕

Your item was delivered to an individual at the address at 11:42 am on March 4, 2020 in WASHINGTON, DC 20230.

## ✓ Delivered

March 4, 2020 at 11:42 am
Delivered, Left with Individual
WASHINGTON, DC 20230

**Get Updates ∨**

Feedback

| Registered No. | | Date Stamp |
|---|---|---|
| RF262878425US | | 01 33 04 |

| | | | |
|---|---|---|---|
| Postage $ **$3.20** | | Extra Services & Fees (continued) | |
| Extra Services & Fees | | ☐ Signature Confirmation $ | |
| ☐ Registered Mail **$12.60** | | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt (hardcopy) $ **$2.85** | | | |
| ☐ Return Receipt (electronic) $ **$0.00** | | Total Postage & Fees | |
| ☐ Restricted Delivery $ **$0.00** | | $ **$18.65** | |
| Customer Must Declare Full Value $ **$0.00** | Received by **02/24/2020** | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). | |

COURTHOUSE STATION FEB 2 4 2020 22216-9998

OFFICIAL USE

FROM: Cause of Action Inst.
1310 N. Courthouse Rd. Ste 700
Arlington VA 22201

TO: Neil Jacobs NOAA Adm'r
U.S. Department of Commerce
1401 Constitution Ave NW Rm 5128
Washington DC 20230

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051                    Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

...hat you're looking for?
...to your tracking questions.
...and answer

16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No. 20-466

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    National Oceanic & Atmospheric Administration

was received by me on *(date)*    February 21, 2020    .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*    Personal service perfected (see attached affidavit) on February 24, 2020.

Duplicate courtesy service via registered mail:
Tracking Number RF262878417US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    March 9, 2020

*Ryan P. Mulvey*
_____
*Server's signature*

Ryan P. Mulvey, Counsel
_____
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Rd., Ste. 700
Arlington, VA 22201
_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

        Plaintiff(s),

VS.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

        Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252350*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:51 PM** to be served upon **National Oceanic and Atmospheric Administration**, at **1401 Constitution Ave., NW, RM 5128, Washington, DC, 20230**

I, **Carolann Nitzsche**, swear and affirm that on **February 24, 2020** at **11:13 AM**, I did the following:

Served **National Oceanic and Atmospheric Administration**, **a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Geraldine Washington** as **Mail Clerk & Authorized Agent** at **1401 Constitution Ave., NW, RM 5128 , Washington, DC 20230** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 50-60 Height: Sitting Weight: 131-160 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Carolann Nitzsche**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:252350

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____, 2020

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2022

3/9/2020                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                    **FAQs ›**

### Track Another Package  +

**Tracking Number:** RF262878417US                            Remove ✕

Your item was delivered to an individual at the address at 11:42 am on March 4, 2020 in WASHINGTON, DC 20230.

## ⊘ Delivered

March 4, 2020 at 11:42 am
Delivered, Left with Individual
WASHINGTON, DC 20230

**Get Updates** ⌄



16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No.  20-466

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Chris Oliver - Assistant Adm'r for NOAA Fisheries

was received by me on *(date)*  February 21, 2020              .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Personal service perfected (see enclosed affidavit) on February 25, 2020.          .

Duplicate courtesy service via registered mail:
Tracking Number RF262878451US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  March 9, 2020

*Server's signature*

Ryan P. Mulvey, Counsel

*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Rd., Ste. 700
Arlington, VA 22201

*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

      Plaintiff(s),

VS.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

      Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



*252351*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:52 PM** to be served upon **Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries, National Marine Fisheries Service, U.S. Department of Commerce, at 1315 East-West Hwy, RM 14636, Silver Spring, MD, 20910**

I, **Kyle Klimowicz**, swear and affirm that on **February 25, 2020** at **12:53 PM**, I did the following:

Served **Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries, National Marine Fisheries Service, U.S. Department of Commerce, a government agency** by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Alicia Reed** as **Administrative Assistant & Authorized Agent** at **1315 East-West Hwy, RM 14636 , Silver Spring, MD 20910** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 28 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kyle Klimowicz**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:252351



District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____ 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

3/9/2020                                   USPS.com® - USPS Tracking® Results

# USPS Tracking®                                          **FAQs >**

### Track Another Package  **+**

**Tracking Number:** RF262878451US                      Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:15 am on March 5, 2020 in SILVER SPRING, MD 20910.

## ✅ **Delivered**

March 5, 2020 at 9:15 am
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910

**Get Updates** ⌄

| Registered No. | | Date Stamp | |
|---|---|---|---|
| RF262878451US | | | |

| Postage $ **$3.20** | Extra Services & Fees *(continued)* | |
|---|---|---|
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail **$12.60** | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt *(hardcopy)* $ **$2.85** | | |
| ☐ Return Receipt *(electronic)* $ **$0.00** | Total Postage & Fees | |
| ☐ Restricted Delivery $ **$0.00** | $ **$18.65** | |
| Customer Must Declare Full Value $ **$0.00** | Received by **02/24/2020** | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

FROM  Cause of Action Inst.
1310 N. Courthouse Rd. Ste. 700
Arlington VA 22201

Chris Oliver, Ass't Adm'r NOAA Fisheries
NOAA Silver Spring, MD 20910
1315 East-West Highway Rm 14636
Silver Spring MD 20910

PS Form **3806**, Registered Mail Receipt                 *Copy 1 - Customer*
April 2015, PSN 7530-02-000-9051              (See Information on Reverse)
For domestic delivery information, visit our website at **www.usps.com** ®

                                                                     1/2

16 USC 1855(3)(A) Summons (12/11) (Page 2)

Civil Action No.  20-466

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    National Marine Fisheries Service

was received by me on *(date)*    February 21, 2020    .

☐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☒  Other *(specify):*    Personal service perfected (see enclosed affidavit) on February 25, 2020.         .

Duplicate courtesy service via registered mail:
Tracking Number RF262878465US
(See attached for delivery confirmation)

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    March 9, 2020
_____

*Ryan P. Mulvey*
_____
*Server's signature*

Ryan P. Mulvey, Counsel
_____
*Printed name and title*

Cause of Action Institute
1310 N. Courthouse Rd., Ste. 700
Arlington, VA 22201
_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Loper Bright Enterprises, Inc., et al**

        Plaintiff(s),

VS.

**Wilbur L. Ross, Jr., in his official capacity as Secretary of Commerce, et al**

        Defendant(s).

Attorney: Ryan P. Mulvey

Cause of Action Institute
1310 North Courthouse Rd., #700
Arlington VA 22201



\*252353\*

**Case Number: 1:20-cv-00466-EGS**

Legal documents received by Same Day Process Service, Inc. on **02/21/2020** at **3:58 PM** to be served upon **National Marine Fisheries Service - U.S. Department of Commerce**, at **1315 East-West Hwy, RM 14636, Silver Spring, MD, 20910**

I, **Kyle Klimowicz**, swear and affirm that on **February 25, 2020** at **12:53 PM**, I did the following:

Served **National Marine Fisheries Service - U.S. Department of Commerce**, a government agency by delivering a conformed copy of this **Summons in a Civil Action; Complaint; Exhibits; Civil Cover Sheet; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** to **Alicia Reed** as **Administrative Assistant & Authorized Agent** at **1315 East-West Hwy, RM 14636 , Silver Spring, MD 20910** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 28 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Kyle Klimowicz**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
info@samedayprocess.com

Internal Job ID:252353



District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____ 2020

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

3/9/2020                                USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                    **FAQs** ❯

### Track Another Package  +

**Tracking Number:** RF262878465US                          Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 9:15 am on March 5,
2020 in SILVER SPRING, MD 20910.

## ⊘ Delivered

March 5, 2020 at 9:15 am
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910

**Get Updates** ⌄



looking for?

o your tracking questions.