IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, et al.,      )<br>                                                              )<br>        Plaintiffs,                                    )<br>                                                              )<br>    v.                                                     )<br>                                                              )<br>WILBUR L. ROSS, in his official capacity as )<br>Secretary of the Department of Commerce, et al., )<br>                                                              )<br>        Defendants.                                )<br>                                                              ) | Case No: 1:20-cv-00466-EGS |

**DEFENDANTS' NOTICE OF ADMINSITRATIVE RECORD AND
CERTIFIED LIST OF ADMINISTRATIVE RECORD DOCUMENTS**

Defendants, Wilbur Ross, in his official capacity as Secretary of Commerce, the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration ("NOAA"), Neil Jacobs, in his official capacity as Acting Administrator of NOAA, the National Marine Fisheries Service ("NMFS"), and Chris Oliver, in his official capacity as the Assistant Administrator for NOAA Fisheries (collectively, "Defendants"), by and through their undersigned counsel, hereby notify the Court that, earlier today, NMFS's administrative record for the above-captioned matter was provided to counsel for Plaintiffs through an electronic file sharing site, per their consent.  In addition, pursuant to Local Civil Rule 7(n), Defendants hereby submit to the Court a certified list of the contents of the administrative record.  Attached to this Notice are (1) the index listing the administrative record documents (Exhibit A) and (2) the certification of the administrative record, signed by Michael Pentony, Regional Administrator for NMFS's Greater Atlantic Regional Fisheries Office (Exhibit B).

Dated: April 9, 2020						Respectfully submitted,

							JEAN E. WILLIAMS, Deputy Assistant Attorney General
							SETH M. BARSKY, Chief
							MEREDITH L. FLAX, Assistant Chief

							/s/ Alison C. Finnegan
							Alison C. Finnegan, Senior Trial Attorney
							(Pennsylvania Bar No. 88519)
							U.S. Department of Justice
							Environment and Natural Resources Division
							Wildlife and Marine Resources Section
							Ben Franklin Station, P.O. Box 7611
							Washington, D.C. 20044-7611
							Tel: (202) 305-0500;  Fax: (202) 305-0275
							alison.c.finnegan@usdoj.gov

							Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

        /s/ Alison C. Finnegan