# Exhibit B

FORM **CD-64**
(REV.1-00)
DAO 201-17

U. S. DEPARTMENT OF COMMERCE

Washington, D.C., April 7, 20 20

I HEREBY CERTIFY that the annexed is a true copy of the index of the NOAA Fisheries administrative record for the development, approval, and implementation of the New England Industry-Funded Monitoring Omnibus Amendment

The original administrative record is on file in the NOAA Fisheries Greater Atlantic Regional Fisheries Office, Gloucester, Massachusetts.

*Sarah Bland*

Assistant Regional Administrator for Sustainable Fisheries

(Official title)

I HEREBY CERTIFY that Sarah Bland, Assistant Regional Administrator for Sustainable Fisheries, who signed the foregoing certificate, is now, and was at the time of signing, the custodian of the administrative record described above and that full faith and credit should be given his/her certificate as such.

IN WITNESS WHEREOF, I have hereunto subscribed my name, and caused the seal of the Department of Commerce to be affixed this 7th day of April, two thousand twenty.

For the SECRETARY OF COMMERCE :

*Michael Pentony*

Michael Pentony, Regional Administrator, Greater Atlantic Regional Fisheries Office

Certifying Officer