IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILBUR L. ROSS, JR., in his official capacity as ) <br> Secretary of the U.S. Department of Commerce, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | No. 20-cv-0466 (EGS) |

## JOINT MOTION TO SET BRIEFING SCHEDULE

The parties hereby move the Court for an order to set the briefing schedule in this action. In support of their motion, the parties state the following:

1. This action arises under the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1801 *et seq.*, and involves a challenge to the legality of the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"). *See* Nat'l Oceanic & Atmospheric Admin., Industry-Funded Monitoring, 85 Fed. Reg. 7,414 (Feb. 7, 2020) (to be codified at 50 C.F.R. pt. 648); *see also* New Eng. Fishery Mgmt. Council, Industry-Funded Monitoring Omnibus Amendment (Dec. 2018), *available at* https://go.aws/39eKRTu.

2. Plaintiffs filed the Complaint in February 2020. *See* ECF No. 1. Defendants filed an Answer on April 9, 2020, *see* ECF No. 12, along with a certified list of the contents of the administrative record. *See* Defs.' Not., ECF No. 13.

3. Although this case is exempt under Federal Rule of Civil Procedure 26, Local Civil Rule 16.3, and Paragraph 9(b) of the Court's Standing Order, the parties nevertheless met and conferred on April 16, 2020 to discuss several preliminary and procedural matters.

4. Given that this case will likely be resolved solely on the administrative record, the parties are prepared to begin briefing cross-motions for summary judgment.

5. The parties therefore propose the following briefing schedule:

    a. Plaintiffs' Motion for Summary Judgment – June 8, 2020

    b. Defendants' Opposition and Cross-Motion – July 24, 2020

    c. Plaintiffs' Reply and Opposition – August 14, 2020

    d. Defendants' Reply – September 4, 2020

6. There is another challenge to the Omnibus Amendment pending in the U.S. District Court for the District of Rhode Island. *See Relentless Inc. v. Dep't of Commerce*, No. 20-0108 (D.R.I. filed Mar. 4, 2020). Defendants have moved to transfer venue in that action to the District Court for the District of Columbia, and if their motion is granted, they intend to move to consolidate with this case. Plaintiffs intend to oppose any motion to consolidate. The disposition of Defendants' transfer and consolidation efforts may require adjustment to the briefing schedule. The parties, however, are prepared to begin work now according to the proposed deadlines.

7. Concurrent with this joint motion, Plaintiffs intend to file a consent motion to drop several plaintiff parties under Rule 21 as misjoined. This motion will not affect the briefing schedule jointly proposed by the parties. Plaintiffs also intend to file a motion to expedite proceedings under 16 U.S.C. § 1855(f)(4). The Defendants take no position on this motion.

A proposed order is attached.

//

//

Dated: April 21, 2020

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

SETH M. BARSKY,
Chief

MEREDITH L. FLAX,
Assistant Chief

*/s/ Alison C. Finnegan*
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

*Attorney for Defendants*