# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, </br></br>Plaintiffs,</br></br>v.</br></br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce, *et al.*,</br></br>Defendants. | No. 20-cv-0466 (EGS) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of the parties' joint motion to set briefing schedule, and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED**; and

**FURTHER ORDERED** that the clerk shall enter the following deadlines:

- Plaintiffs' Motion for Summary Judgment due on or before June 8, 2020
- Defendants' Opposition and Cross-Motion due on or before July 24, 2020
- Plaintiffs' Reply and Opposition due on or before August 14, 2020
- Defendants' Reply due on or before September 4, 2020

Dated:_____                           _____
                                           The Hon. Emmet G. Sullivan
                                           United States District Judge