# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILBUR L. ROSS, JR., in his official capacity as )<br>Secretary of the U.S. Department of Commerce, *et al.*, )<br>)<br>Defendants. )<br>) | No. 20-cv-0466 (EGS) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiffs' Unopposed Motion to Expedite, it is hereby:

**ORDERED** that the motion is **GRANTED**. This Court will assign this matter for hearing at the earliest possible date and shall expedite the matter in every possible way.


Dated:_____                          _____
                                          The Hon. Emmet G. Sullivan
                                          United States District Judge