# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce, *et al.*,<br><br>Defendants. | No. 20-cv-0466 (EGS) |

## [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiffs' consent motion to drop plaintiff parties, and for good cause shown, it is hereby:

**ORDERED** that the motion is **GRANTED**; and

**FURTHER ORDERED** that CAPE TRAWLERS, INC., GOLDEN NUGGET LLC, MOUNT VERNON LLC, and NANCY ELIZABETH LLC are to be dropped from this case and their names stricken from the Complaint.

Dated:_____                              _____
                                              The Hon. Emmet G. Sullivan
                                              United States District Judge