IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) No. 20-cv-466 (EGS) <br> ) |
| WILBUR L. ROSS, JR., in his official capacity as Secretary of the U.S. Department of Commerce, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated April 22, 2020, the parties hereby provide this joint status report as follows:

1. This action arises under the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1801 *et seq.*, and involves a challenge to the legality of the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"). *See* Nat'l Oceanic & Atmospheric Admin., Industry-Funded Monitoring, 85 Fed. Reg. 7,414 (Feb. 7, 2020) (to be codified at 50 C.F.R. pt. 648).

2. The MSA provides that, "[u]pon a motion by the person who files a petition under this subsection, the appropriate court shall assign the matter for hearing at the earliest possible date and shall expedite the matter in every possible way."  16 U.S.C. § 1855(f)(4).

3. On April 21, 2020, Plaintiffs filed an unopposed motion to expedite this proceeding under Section 1855(f)(4). ECF No. 15.  That motion has been held in abeyance pending submission of this joint status report.

4. The parties agree that the "hearing" referenced by Section 1855(f)(4) is a merits hearing, which need not be held until after the completion of summary judgment briefing. The Court has already adopted the parties' proposed briefing schedule, which begins on June 8, 2020 and ends with the filing of Defendants' reply brief on September 4, 2020.

5. Although it is difficult to predict how the COVID-19 pandemic will impact court proceedings so far in the future, the parties are hopeful that an in-person court hearing will be possible. The Court could reassess the feasibility of an in-person court hearing shortly before any scheduled hearing would be held.[1]

6. The parties respectfully propose that such a hearing could be scheduled for any of the following dates: September 21, 23, 25, 28, or 30, 2020; or, alternatively, October 2, 5, 7, or 9, 2020. The parties are available for a hearing on these listed dates regardless of whether a hearing is held in-person, by video, or by telephone.

7. Finally, Plaintiffs note that Section 1855(f)(4) anticipates expedited disposition of this case following the completion of briefing and the merits hearing.

//

//

//

//

---

[1] Defendants defer to the Court's determination of whether it is appropriate to schedule a hearing on the parties' cross-motions for summary judgment or whether the Court will decide the matter on the papers.

Dated: May 4, 2020

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Plaintiffs*

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

*/s/ Alison C. Finnegan*
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

*Attorney for Defendants*