IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | No. 20-cv-466 (EGS) |
| WILBUR L. ROSS, JR., in his official capacity as ) Secretary of the U.S. Department of Commerce, *et al.*, ) | HEARING SCHEDULED FOR OCTOBER 9, 2020 |
| Defendants. ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGEMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, Plaintiffs Loper Bright Enterprises, Inc., H&L Axelsson, Inc., Scombrus One LLC, and Lund Marr Trawlers LLC (collectively, "Plaintiffs") hereby move the Court for summary judgment on that ground that Defendants' final rule promulgating the New England Industry-Funded Monitoring Omnibus Amendment and implementing regulations is unlawful agency action that must be set-aside as *ultra vires*, arbitrary and capricious, violative of applicable statutes and constitutional provisions, and procedurally infirm. In support of their motion, Plaintiffs rely on the attached memorandum of points and authorities. A proposed order also is attached.

In line with Local Civil Rules 7(h)(2) and 7(n), Plaintiffs' memorandum of points and authorities includes a statement of facts with references to the administrative record. Plaintiffs intend to confer with Defendants and later file an appendix containing copies of those portions of the record cited by or relied on by the parties in their respective briefs.

By minute order, dated May 4, 2020, the Court scheduled a hearing for October 9, 2020.

Dated: June 8, 2020

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
(D.C. Bar No. 1024362)
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201
Telephone: (571) 482-4182
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Plaintiffs*