## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.* ) | |
| Plaintiffs, ) | |
| v. ) | No. 20-cv-466 (EGS) |
| WILBUR L. ROSS, JR., in his official capacity as ) Secretary of the U.S. Department of Commerce, *et al.*, ) | HEARING SCHEDULED FOR OCTOBER 9, 2020 |
| Defendants. ) | |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion, and the entire record herein, it is hereby ORDERED that Plaintiffs' motion for summary judgment is GRANTED. Defendants' final rule promulgating the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"), and implementing regulations, is hereby set-aside as unlawful and void because it is *ultra vires*, arbitrary and capricious, violative of applicable statutes and constitutional provisions, and procedurally infirm. It is FURTHER ORDERED that Defendants are permanently enjoined from requiring Plaintiffs to fund or contract for at-sea monitors, as required under the Omnibus Amendment and the final rule at issue.

SO ORDERED.

Dated: _____, 2020

_____
The Honorable Emmet G. Sullivan
United States District Judge