# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES )<br>  c/o William Bright, President )<br>  615 Goshen Road )<br>  Cape May Courthouse, NJ 08210, )<br>)<br>H&L AXELSSON, INC. )<br>  c/o Lars Axelsson, President )<br>  738 Shunpike Road, )<br>  Cape May, NJ 08204, and )<br>)<br>CAPE TRAWLERS, INC.; )<br>SCOMBRUS ONE LLC; )<br>GOLDEN NUGGET LLC; )<br>LUND MARR TRAWLERS LLC; )<br>MOUNT VERNON LLC; and )<br>NANCY ELIZABETH, LLC )<br>  c/o Jeffrey Reichle, Chairman, Managing Member )<br>  997 Ocean Drive )<br>  Cape May, NJ 08204, )<br>)<br>        Plaintiffs, )<br>)<br>     v. )<br>)<br>WILBUR L. ROSS, in his official capacity as )<br>Secretary of the Department of Commerce )<br>  U.S. Department of Commerce )<br>  1401 Constitution Ave., N.W. )<br>  Washington, D.C. 20230, )<br>)<br>U.S. DEPARTMENT OF COMMERCE )<br>  1401 Constitution Avenue, NW )<br>  Washington, D.C. 20230, )<br>)<br>NEIL JACOBS, in his official capacity as )<br>Acting NOAA Administrator )<br>  U.S. Department of Commerce )<br>  1401 Constitution Avenue, NW )<br>  Washington, D.C. 20230, )<br>)<br>NATIONAL OCEANIC AND )<br>ATMOSPHERIC ADMINISTRATION )<br>  U.S. Department of Commerce ) | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Case No: 1:20-cv-00466 |

|  |  |
|---|---|
| 1401 Constitution Avenue, NW | ) |
| Washington, D.C. 20230, | ) |
|  | ) |
| CHRIS OLIVER, in his official capacity as | ) |
| Assistant Administrator for NOAA Fisheries | ) |
|   National Marine Fisheries Service | ) |
|   1315 East-West Highway | ) |
|   Silver Spring, MD 20910, and | ) |
|  | ) |
| NATIONAL MARINE FISHERIES SERVICE | ) |
|   1315 East-West Highway | ) |
|   Silver Spring, MD 20910, | ) |
|  | ) |
|        Defendants. | ) |
|  | ) |

## NOTICE OF APPEARANCE

Please take notice that Kristine S. Tardiff of the United States Department of Justice enters her appearance as co-counsel in the above-captioned matter for Defendants Wilbur L. Ross, in his official capacity as Secretary of the Department of Commerce; the U.S. Department of Commerce; the National Oceanic and Atmospheric Administration ("NOAA"); Neil Jacobs, in his official capacity as Acting Administrator for NOAA; Chris Oliver, in his official capacity as Assistant Administrator for NOAA Fisheries; and the National Marine Fisheries Service.  Ms. Tardiff is registered for Electronic Case Filing.  The relevant address for all types of service, telephone numbers, and contact information are as follows:

>Kristine S. Tardiff
>U.S. Department of Justice
>Environment & Natural Resources Division
>Natural Resources Section
>c/o U.S. Attorney's Office
>53 Pleasant Street, 4th Floor
>Concord, NH 03301
>
>Tel: (603) 230-2583
>Fax: (603) 225-1577
>
>E-Mail:  kristine.tardiff@usdoj.gov

Dated: July 1, 2020

                Respectfully submitted,

                PRERAK SHAH
                Acting Deputy Assistant Attorney General
                Environment & Natural Resources Division

                /s/ Kristine S. Tardiff
                KRISTINE S. TARDIFF
                United States Department of Justice
                Environment & Natural Resources Division
                Natural Resources Section
                53 Pleasant Street, 4th Floor
                Concord, NH 03301
                TEL    (603) 230-2583
                FAX    (603) 225-1577
                E-MAIL kristine.tardiff@usdoj.gov

                *Attorneys for Defendant United States*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Kristine S. Tardiff