**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WILBUR L. ROSS, in his official capacity as ) <br> Secretary of the Department of Commerce, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:20-cv-00466-EGS |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment, and Defendants' Cross-Motion for Summary Judgment. Upon consideration of the Motion and Cross-Motion, it is hereby ORDERED that Plaintiffs' Motion is DENIED and Defendants' Cross-Motion is GRANTED, and Judgment is entered in favor of Defendants. IT IS SO ORDERED.

Dated: _____, 2020.

_____
The Honorable Emmet G. Sullivan
United States District Judge