**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>WILBUR L. ROSS, JR., in his official capacity as )<br>Secretary of the U.S. Department of Commerce, *et al.*, )<br><br>Defendants. ) | No. 20-cv-466 (EGS) |

<u>**DECLARATION OF JEFFREY HOWARD KAELIN**</u>

I, Jeffrey Howard Kaelin, pursuant to 28 U.S.C. § 1746, do hereby declare and state:

1.      I am Director of Sustainability and Government Relations at Lund's Fisheries, Inc. ("Lund's Fisheries").  My responsibilities include, among other things, ensuring that the fisheries upon which Lund's Fisheries depends will be wisely managed so that they are sustained into the future, to the benefit of the company's customers, employees, and community.  I regularly interact and communicate with regulatory staff, fishery managers, and scientists.  I work to maintain a strong knowledge of the law and science used in fisheries management and regulation.

2.      I submit this declaration in support of Plaintiffs' motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment.  My statements are based upon knowledge that I have acquired in the performance of my official duties, information provided to me in my official capacity by Lund's Fisheries personnel, and my first-hand experience reviewing and analyzing relevant records maintained by Lund's Fisheries and its associated companies during the ordinary course of business.

3.     Lund's Fisheries is a family-owned, vertically integrated company established in 1954, which purchases, produces, and distributes nearly 75 million pounds of fresh and frozen fish annually.  *See* Compl. ⁋ 19, ECF No. 1.  Two of the remaining plaintiffs in this action—*viz.*, Scombrus One LLC, which owns and operates the F/V *Eva Marie*, and Lund Marr Trawlers LLC, which owns and operates the F/V *Enterprise*, *see* Compl. ⁋⁋ 14 & 16—form an important part of the Lund's Fisheries family of businesses.

4.     In my role as Director of Sustainability and Government Relations at Lund's Fisheries, I also assist management with its operation of F/V *Retriever*, which is co-owned with Plaintiff Loper Bright Enterprises, Inc.  *See* Compl. ⁋ 11.  Accordingly, I have regular access to business records concerning F/V *Retriever*.

5.     Prior to my tenure at Lund's Fisheries, I accumulated extensive professional experience with fisheries management.  From October 1982 to February 1985, I was employed as a legislative assistant to Senator William Cohen of Maine and worked with the Senate Commerce Committee and the U.S. House Merchant Marine and Fisheries Committee.  From February 1985 to March 1986, I was a member of the professional staff of the U.S. House Committee on Merchant Marine and Fisheries' Subcommittee on Fisheries and Wildlife Conservation and the Environment. From March 1986 to March 2000, I served as Executive Director of the Maine Sardine Council.

6.     I also have notable experience with the New England Fishery Management Council ("NEFMC") and the Mid-Atlantic Fishery Management Council ("MAFMC").  From 1987 to the present, I have served as an Advisor to the NEFMC's Herring Oversight Committee, as well as the Atlantic States Marine Fisheries Commission's Atlantic herring section, which I chair.  The only interruption in my participation with these entities was the period of August 2013 to August 2016,

during which time I was a member of the MAFMC.  While at the MAFMC, I served as a member
of the NEFMC's Herring Oversight Committee.

### Vessel Monitoring System Compliance Costs

7.      Vessels participating in the directed Atlantic herring fishery are required to install
and utilize a Vessel Monitoring System ("VMS") unit.  50 C.F.R. § 648.10(b)(8).  With limited
exception, VMS units must "transmit a signal indicating [a] vessel's accurate position . . . [a]t least
every hour, 24 [hours] a day, throughout the year," thus providing the government, including the
National Marine Fisheries Service's ("NFMS") Office of Law Enforcement, with accurate
information concerning fishing location and behavior.  *Id.* § 648.10(c)(1).

8.      Vessel operators must also use VMS to provide the National Oceanic and
Atmospheric Regional Administrator with notice of any "intended fishing activity . . . prior to
leaving port[.]"  *Id.* § 648.10(g)(1); *see id.* § 648.10(m)(1).  That notice includes information
concerning the vessel's gear type and the area to be fished.  *Id.* § 648.10(g)(2).  In the Atlantic
herring fishery, limited access permit holders must use VMS to notify NMFS's Office of Law
Enforcement of the intended offloading of fish at the end of a trip.  *Id.* § 648.10(m)(2).

9.      The government regulates approved vendors for VMS units, as well as minimum
standards for VMS unit construction and maintenance.  *See generally id.* § 648.9.

10.     Additionally, to obtain a permit for the Atlantic herring fishery, and as a condition
of using a VMS unit, a vessel owner must agree to allow NMFS, the U.S. Coast Guard, and "their
authorized officers or designees" access to a vessel's VMS data.  *Id.* § 648.10(e)(3).

11.     Lund's Fisheries, and its associated companies, recently outfitted fourteen boats—
including F/V *Eva Marie*, F/V *Enterprise*, and F/V *Retriever*, which are owned and operated by
several of Plaintiffs—with new VMS units.  The total cost to Lund's Fisheries for installing these

new VMS systems was $33,557.72.  *See* Exhibit 1.  The cost *per vessel* was $2,396.98.  *See, e.g.*, Exhibit 2 (F/V *Eva Marie*, F/V *Enterprise*, and F/V *Retriever*).  In addition to equipment costs, labor and installation was an additional $515 per vessel.  *See, e.g.*, Exhibit 3 (same).

12.     The contract for VMS services that Lund's Fisheries and its associated companies has signed entails an annual fee, which is approximately $979 per vessel.  Based on past business experience, Lund's Fisheries estimates the average lifespan of a VMS system to be 7–10 years, barring unexpected circumstances such as a satellite failure.  Lund's Fisheries estimates the amortized cost of a VMS system for an individual vessel over that period to be $1,300 per year.

## Vessel Design and Capacity Considerations

13.     The Atlantic herring fishing vessels operated by Lund's Fisheries and its associated companies are purpose built.  They were designed as high-capacity boats, capable of carrying large volumes of refrigerated seawater to maintain product quality, and for prosecution of pelagic fish species, including herring, mackerel, and squid.

14.     F/V *Eva Marie* is a bottom trawler using small-mesh (<5.5").  It has a total capacity of approximately 296,448 pounds or 134 metric tons.  *See* Exhibit 4.  At the time these measurements were obtained, F/V *Eva Marie* was owned by another Lund's Fisheries company, but from the filing of this action to the present it has belonged to Plaintiff Scombrus One LLC. *See* Exhibit 5.

15.     F/V *Enterprise* is a midwater trawler.  It has a total capacity of approximately 730,246 pounds or 331 metric tons.

16.     F/V *Retriever* is a midwater trawler.  It has a total capacity of approximately 685,057 pounds or 310 metric tons.

4

17.    Given the size and capacity of these vessels, it would not be economically feasible to operate them in such a way as to qualify for the 50-metric ton exemption provided as a mitigation measure under the Omnibus Amendment and its implementing regulations. This exemption was provided primarily for vessels only incidentally taking herring in other fisheries including the whiting and scup fisheries.

18.    It would not be economically feasible to refit these vessels for regular prosecution of non-pelagic fish species in lieu of participating in the Atlantic herring fishery.

19.    The exhibits attached to this declaration are true and accurate copies of the records referenced in the foregoing paragraphs.

I declare under penalty of perjury that the foregoing is true and correct.

Jeffrey Howard Kaelin

Executed this 14th day of August, 2020.

# **EXHIBIT 1**

# SALES ORDER

```
ORDER# 6072
ACCT# LUNDSF
DATE: 1/24/2020
TIME: 11:41:39
```

**MARTEK**
**701 Old Avalon Blvd.**
**Unit 4**
**Avalon, NJ 08202**
Phone: Work (609) 390-3355     Fax: Fax  (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

**Vessel Info:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

VIA: BEST WAY

Dept# 1
PO#

Emp# SLT
Rep# SLT

| Item | Qty | Stock Number | Item Description | Unit | Tx | Locate | Stat | List Price | Price Each | Extension |
|------|-----|--------------|------------------|------|----|--------|------|-----------|-----------|-----------|
| 1 | 14 | CLS-TRITON | CLS Triton Advance VMS (12+ Unit Pricing) | Each | N | | OK | 2488.00 | 2288.00 $ | 32,032.00 |
| 2 | 14 | RAM-TABL23U | RAM Mounts Samsung 8 Tablet Lock Mount | Each | N | | C | 71.49 | 63.99 $ | 895.86 |
| 3 | 14 | RAM-B101LU | RAM Mounts B101LU 5" Locking Ball Mount | Each | N | | C | 50.49 | 44.99 $ | 629.86 |

Terms: Due on receipt

```
Subtotal .......... $    33,557.72

Order Total ........ $    33,557.72
```

Terms: Payment for equipment with order, Shipping and installation
will be billed later

*Thank You*

*Steve*

# **EXHIBIT 2**

# INVOICE

INVOICE# 16306
ACCT# LUNDSF
DATE: 3/03/2020
TIME: 09:13:17

**MARTEK**
**701 Old Avalon Blvd.**
**Unit 4**
**Avalon, NJ 08202**
Phone: Work (609) 390-3355    Fax: Fax  (609) 390-0849

Customer:                              Vessel Info:
Lund's Fisheries                       Eva Marie
997 Ocean Drive                        Lund's Dock
Cape May, NJ 08204                     997 Ocean Drive
                                       Cape May, NJ 08204

Off  (609) 884-7600                    VIA: BEST WAY

Dept# 2                                                              Emp#
PO#                                                                  Rep# SLT

| Itm | Order | Ship | B/O | Stock Number | Item Description | Unit | Tx | List Price | Price Each | Extension |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 0 | CLS-TRITON | CLS Triton Advance VMS Serial# 530940 | Each | N | 2488.00 | 2288.00 $ | 2,288.00 |
| 2 | 1 | 1 | 0 | RAM-TABL23U | RAM Mounts Samsung 8 Tablet Lock Mount | Each | N | 71.49 | 63.99 $ | 63.99 |
| 3 | 1 | 1 | 0 | RAM-B101LU | RAM Mounts B101LU 5" Locking Ball Mount | Each | N | 50.49 | 44.99 $ | 44.99 |

Terms: Due on receipt

Subtotal .......... $   2,396.98

Total ............. $   2,396.98

T H A N K   Y O U !

NAVISION
ENTERED:_____KRD
DATE:_____

DESCRIPTION: RAM
WHERE USED: EVA MARIE
_____ 4/22 WK

# INVOICE

**INVOICE#** 16222
**ACCT#** LUNDSF
**DATE:** 2/11/2020
**TIME:** 08:37:47

**MARTEK**
**701 Old Avalon Blvd.**
**Unit 4**
**Avalon, NJ 08202**
Phone: Work (609) 390-3355    Fax: Fax  (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

**Vessel Info:**
Enterprise
Lund's Dock
997 Ocean Drive
Cape May, NJ 08204

VIA: BEST WAY

Dept# 2
PO#

Emp#
Rep# SLT

| Itm | Order | Ship | B/O | Stock Number | Item Description | Unit | Tx | List Price | Price Each | Extension |
|-----|-------|------|-----|--------------|------------------|------|----|-----------|-----------|-----------|
| 1 | 1 | 1 | | CLS-TRITON | CLS Triton Advance VMS Serial# 517118 | Each | N | 2488.00 | 2288.00 $ | 2,288.00 |
| 2 | 1 | 1 | | RAM-TABL23U | RAM Mounts Samsung 8 Tablet Lock Mount | Each | N | 71.49 | 63.99 $ | 63.99 |
| 3 | 1 | 1 | | RAM-B101LU | RAM Mounts B101LU 5" Locking Ball Mount | Each | N | 50.49 | 44.99 $ | 44.99 |

Subtotal ........... $    2,396.98

Terms: Due on receipt

Total .............. $    2,396.98

**T H A N K   Y O U !**

DESCRIPTION: CYM
PURCHASED: ENTERPRISE
APPROVED BY:
DATE: 4/22 WK

# INVOICE

**INVOICE#** 16223
**ACCT#** LUNDSF
**DATE:** 2/11/2020
**TIME:** 08:40:24

### MARTEK
### 701 Old Avalon Blvd.
### Unit 4
### Avalon, NJ 08202
Phone: Work (609) 390-3355    Fax: Fax (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

**Vessel Info:**
Retriever
Lund's Dock
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

VIA: BEST WAY

Dept# 2
PO#

Emp#
Rep# SLT

| Itm | Order | Ship | B/O | Stock Number | Item Description | Unit | Tx | List Price | Price Each | Extension |
|-----|-------|------|-----|--------------|------------------|------|----|-----------|-----------|-----------|
| 1 | 1 | 1 | | CLS-TRITON | CLS Triton Advance VMS<br>Serial# 517051 | Each | N | 2488.00 | 2288.00 $ | 2,288.00 |
| 2 | 1 | 1 | | RAM-TABL23U | RAM Mounts Samsung 8 Tablet Lock Mount | Each | N | 71.49 | 63.99 $ | 63.99 |
| 3 | 1 | 1 | | RAM-B101LU | RAM Mounts B101LU 5" Locking Ball Mount | Each | N | 50.49 | 44.99 $ | 44.99 |

Subtotal .......... $    2,396.98

Total ............. $    2,396.98

Terms: Due on receipt

### T H A N K   Y O U !

ENTERED: _____ NAVISION _____ KRD
DATE: _____

DESCRIPTION: _CYM_
WHERE USED: _RETRIEVER_
APPROVED BY:
RIE: _4/22  WK_
RL: _____

**EXHIBIT 3**

# INVOICE



INVOICE# 16342
ACCT# LUNDSF
DATE: 3/09/2020
TIME: 10:24:15

**MARTEK**
**701 Old Avalon Blvd.**
**Unit 4**
**Avalon, NJ 08202**
Phone: Work (609) 390-3355    Fax: Fax  (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

**Vessel Info:**
Eva Marie
Lund's Dock
997 Ocean Drive
Cape May, NJ 08204

VIA: BEST WAY

**SERVICE PERFORMED:**
Item: CLS Triton Advance VMS    S/N: 530940
Install new VMS system.

Dept# 2                                            Emp# JFH
PO#              Job# 20852                         Rep# JFH

| Itm | Order | Ship | B/O | Stock Number | Item Description | Unit | Tx | Price Each | Extension |
|-----|-------|------|-----|--------------|------------------|------|-----|-----------|-----------|
| 1 | 1 | 1 | | VMS-FLATRATE | VMS Flat Rate Install | Each | N | 500.00 $ | 500.00 |

Subtotal .......... $      500.00
Freight ........... $       15.00

Terms: Due on receipt

Total ............. $      515.00

**T H A N K   Y O U !**

DESCRIPTION
WHERE USED:
APPROVED BY: *EVA MARIE*
REVIEWED BY: *WK*
DATE: *3/17*
GL:

# INVOICE

**INVOICE#** 16300
**ACCT#** LUNDSF
**DATE:** 2/27/2020
**TIME:** 11:44:32

**MARTEK**
**701 Old Avalon Blvd.**
**Unit 4**
**Avalon, NJ 08202**
Phone: Work (609) 390-3355    Fax: Fax  (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

**Vessel Info:**
ENTERPRISE
Lund's Dock
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

VIA: BEST WAY

**SERVICE PERFORMED:**
Item: CLS Triton Advance VMS    S/N: 517118
Install new VMS system.

Dept# 2                                                        Emp#
PO#                    Job# 20846                              Rep#
*********************************************************************************

| Itm Order Ship  B/O  Stock Number | Item Description | Unit | Tx | Price Each | Extension |
|---|---|---|---|---|---|
| 1   1    1     VMS-FLATRATE | VMS Flat Rate Install | Each | N | 500.00 $ | 500.00 |

Subtotal ........... $    500.00
Freight ........... $     15.00

Terms: Due on receipt

Total ............. $    515.00
*********************************************************************************

**T H A N K   Y O U !**

# INVOICE

INVOICE# 16304
ACCT# LUNDSF
DATE: 02/29/2020
TIME: 11:05:37



### MARTEK
### 701 Old Avalon Blvd.
### Unit 4
### Avalon, NJ 08202
Phone: Work (609) 390-3355    Fax: Fax  (609) 390-0849

**Customer:**
Lund's Fisheries
997 Ocean Drive
Cape May, NJ 08204

Off  (609) 884-7600

**Vessel Info:**
Retriever
Lund's Dock
997 Ocean Drive
Cape May, NJ 08204

VIA: BEST WAY

**SERVICE PERFORMED:**
Install new VMS system.

Dept# 2                                                    Emp#
PO#              Job# 20851                                Rep#

| Itm | Order | Ship | B/O | Stock Number | Item Description | Unit | Tx | Price Each | Extension |
|-----|-------|------|-----|--------------|------------------|------|-----|-----------|-----------|
| 1 | 1 | 1 | 0 | VMS-FLATRATE | VMS Flat Rate Install | Each | N | 500.00 $ | 500.00 |

Subtotal .......... $    500.00
Freight ........... $     15.00

Terms: Due on receipt

Total ............. $    515.00

## T H A N K   Y O U !

DESCRIPTION: _____
WHERE USED: _RETRIEVAL_
APPROVED BY: _____
REVIEWED BY: _____
DATE: _3/6_
GL: _____

# **EXHIBIT 4**

# Farrell and Norton Naval Architects

Naval Architects  Marine Engineers

---

October 10, 2012

Mr. Jeff Reichle
Elise G, LLC
997 Ocean Drive
Cape May, NJ 08204

Subject:                                      Fishing Vessel "Eva Marie" O.N. 1109878

Dear Mr. Reichle,

The fish holds capacities of the subject vessel are as follows:

The forward two fish holds have a capacity of 2,207.22 Cubic Feet each, 56.83 Cubic Meters each.

The Aft two fish holds have a capacity of 818.72 Cubic Feet each, 23.18 Cubic Meters each.

The total combined capacity is 6,051.87 Cubic Feet, 171.344 Cubic Meters.

At a 76.3% ratio of total volume to fish this would be 296,448.43 pounds, 134.47 Metric tons of catch.

If you have any questions, please do not hesitate to call.

Thanks,

Garrett Norton

---

**EXHIBIT 5**

DHS, USCG, CG-1270 (REV. 06-04)

OMB APPROVED
1625-0027



# UNITED STATES OF AMERICA

### DEPARTMENT OF HOMELAND SECURITY
### UNITED STATES COAST GUARD

### NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| EVA MARIE | 1109878 | 8969408 | 2001 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| CAPE MAY NJ | STEEL | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 165 GT ITC<br>144 GRT | 49 NT ITC<br>98 NRT | 88.0 | 26.0 | 12.5 |

PLACE BUILT

BAYOU LA BATRE AL

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| SCOMBRUS ONE LLC | FISHERY |

MANAGING OWNER

SCOMBRUS ONE LLC
997 OCEAN DRIVE
CAPE MAY NJ 08204

RESTRICTIONS
NONE

ENTITLEMENTS
NONE

REMARKS
None

ISSUE DATE
DECEMBER 31, 2019

THIS CERTIFICATE EXPIRES

JANUARY 31, 2021

*Christan H. Wadden*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

PREVIOUS EDITION OBSOLETE, THIS CERTIFICATE MAY NOT BE ALTERED

**EXHIBIT 6**

# Farrell and Norton Naval Architects

Naval Architects  Marine Engineers

October 10, 2012

Mr. Jeff Reichle
Lunds-Marr Trawlers LLC
997 Ocean Drive
Cape May, NJ 664958

Subject:                                    F/V Enterprise O.N. 664958

Dear Mr. Reichle,

The fish holds capacities of the subject vessel are as follows:

The forward two centerline fish holds have a capacity of 3,815.24 Cubic Feet each, 108.02 Cubic Meters each.

The forward two outboard fish holds have a capacity of 1971.65 Cubic Feet each, 55.82 Cubic Meters each.

The Aft two fish holds have a capacity of 1666.98 Cubic Feet each, 47.20 Cubic Meters each.

The total combined capacity is 14,907.66 Cubic Feet, 422.07 Cubic Meters.

At a 76.3% ratio of total volume to fish this would be 730,245.76 pounds, 331.23 Metric tons of catch.

If you have any questions, please do not hesitate to call.

Thanks,

Garrett Norton

**<u>EXHIBIT 7</u>**

# Farrell and Norton Naval Architects

Naval ArchitectsMarine Engineers

---

October 10, 2012

Mr. Jeff Reichle
Loper-Bright Enterprises, Inc
997 Ocean Drive
Cape May, NJ 664958

Subject:                                    F/V Retriever O.N. 945601

Dear Mr. Reichle,

The fish holds capacities of the subject vessel are as follows:

The forward two fish holds have a capacity of 5,175.94  Cubic Feet, 146.54 Cubic Meters.

The two midship fish holds have a capacity of 3,531.02  Cubic, 99.97 Cubic Meters.

The aft two outboard fish holds have a capacity of 3,727.54  Cubic Feet, 105.54 Cubic Meters.

The aft centerline fish hold has a capacity of 1,550.67 Cubic Feet, 43.90 Cubic Meters.

The total combined capacity is 13,985.16 Cubic Feet, 395.96 Cubic Meters.

At a 76.3% ratio of total volume to fish this would be 685,057.47 pounds, 310.73 Metric tons of catch.

If you have any questions please don't hesitate to call.

Thank you,

Garrett Norton

---