IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR L. ROSS, in his official capacity as Secretary of the Department of Commerce, et al., <br><br> Defendants. | Case No: 1:20-cv-00466-EGS |

**DEFENDANTS' MOTION TO EXCLUDE
PLAINTIFFS' EXTRA-RECORD DECLARATION (ECF 22-1)**

On August 14, 2020, Plaintiffs filed their Reply Memorandum in Support of Their Motion for Summary Judgment and in Opposition to Defendants' Cross-Motion for Summary Judgment ("Plaintiffs' Reply").  ECF 22.  Plaintiffs' Reply included a declaration signed by Jeffrey Howard Kaelin, the Director of Sustainability and Government Relations at Lund's Fisheries.  ECF 22-1.  Lund's Fisheries is not a plaintiff in this case but, according to the Complaint, several of the Plaintiffs own vessels that "form an important part of the Lund's Fisheries family of businesses."  ECF 1 (Complaint ¶ 19).  As explained further in the attached memorandum of law, the scope and standard of review provided by the Administrative Procedure Act ("APA"), 5 U.S.C. §§ 702, 706, governs in this case.  Thus, from both a procedural and substantive standpoint, Mr. Kaelin's declaration constitutes extra-record evidence that is not appropriate for the Court's consideration.  Accordingly, Defendants request that the Court exclude Mr. Kaelin's declaration and any portion of Plaintiffs' Reply that relies on it, including the text at pages 15 (paragraph 2), 16 (paragraph 2), and 34 (paragraph 2).

Pursuant to Local Rule 7(m), on August 25, 2020, Federal Defendants contacted counsel for the Plaintiffs by e-mail to obtain their position on this motion. Counsel for Plaintiffs stated that they intend to oppose the motion and the relief sought.

Dated: August 25, 2020.

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

/s/ Kristine S. Tardiff
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax: (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants