# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WILBUR L. ROSS, in his official capacity as )<br>Secretary of the Department of Commerce, et al., )<br>)<br>Defendants. )<br>) | Case No: 1:20-cv-00466-EGS |

## [PROPOSED] ORDER

This matter comes before the Court on Defendants' Motion to Exclude Plaintiffs' Extra-Record Declaration (ECF 22-1). Upon consideration of the Motion and any response, it is hereby ORDERED that Defendants' Motion is GRANTED. The declaration and any argument that relies upon it are excluded from the Court's consideration of the merits of this case. IT IS SO ORDERED.

Dated: _____, 2020.

_____
The Honorable Emmet G. Sullivan
United States District Judge