# **Exhibit 1**



# Herring and Mackerel Vessel Annual Cost Survey for 2014

**Thank you very much for participating in this important survey!**

**The questions in this survey relate to the following vessel only**:
[**Vessel name**]
Coast Guard Documentation or State Registration Number: **[12345678]**

Your responses and participation in this survey are
**CONFIDENTIAL**

*Photo credit: Lisa Colburn, NOAA Fisheries*

Completed surveys should be mailed to:
Jason Didden
Mid-Atlantic Fishery Management Council
800 North State Street, Suite 201

## General Instructions:

- **This survey is about your costs in 2014 for the vessel identified in this survey.** In your answers, include combined costs for all state and/or federal fisheries for this vessel in 2014, including costs incurred while the vessel was inactive.

**Please note that all responses are completely confidential.**

---

## Section A: Vessel Information

This section is only about the vessel identified in this survey. **All costs requested are for 2014.**

**1. Ownership type for this vessel (*check one*):**

- ☐ Sole proprietorship
- ☐ General partnership
- ☐ Limited partnership
- ☐ C Corporation
- ☐ S Corporation
- ☐ Limited Liability Company (LLC)
- ☐ Other ____________________

**2. Number of owners, including yourself:** ___________

**3. Was this vessel acquired from a previous owner or was it bought new (*check one*)?**

- ☐ Acquired from a previous owner
- ☐ Purchased New

**4. In what calendar year did you become the owner of the vessel?** ____________________

**5. What port did this vessel operate from most of the time during 2014?**

____________________

## Section B: Repair/Maintenance/Upgrade/Improvements Costs

**6a. Was this vessel hauled out in 2014 for any reason?** (Possible reasons include regular repair and maintenance, emergency haul-out, long term storage, etc.)

☐ Yes
☐ No [please go to 6c]

**6b. What were the haul-out costs in 2014, including taking the vessel out of the water and any transportation?** *(Do not include any repair/maintenance costs – we'll ask you for them in question 7.)*

Haul out cost in 2014: $ ______________________________

**6c. How often do you usually haul-out this vessel?**

☐ Every year Every
☐ other year Every
☐ __________years
☐ Every_____months
☐ Other (please describe) __________________

**7. What were your repair/maintenance and upgrade/improvement costs for this vessel in 2014? Include the cost of any tools and equipment you may have purchased. If you did not have any expenses in 2014, then check $0.**

*We know that these kinds of costs may vary significantly year to year. However, **this survey is about 2014 expenses only.***

$______________________________ ☐ $0

**If you are able to provide a breakdown of these total repair/maintenance and upgrade/improvement costs, please do so in the following table. Otherwise, skip to question #8.**

| **7.** | ***Do not include vessel haul-out costs reported above in question 6b.*** |
|---|---|
| **Expense Category** | **Repair/Maintenance/Upgrades/Improvements, 2014** |
| **Propulsion Engine** (such as engine, drive train, exhaust/cooling systems) | $____________________ ☐ $0 <br> **Description:** |
| **Deck Equipment/ Other Machinery** (such as winches, haulers, generators, hydraulics, compressors, reels, pumps) | $____________________ ☐ $0 <br> **Description:** |
| **Hull** (such as frame, deck, wheelhouse, keel, steering, rigging, fish holds, fuel tanks) | $____________________ ☐ $0 <br> **Description:** |
| **Fishing Gear** (such as codends, nets/panels, dredges, buoys, highfliers, doors, pots/traps, cables) | $____________________ ☐ $0 <br> **Describe Upgrade/Improvement:** |

## Section C: Vessel Related Costs

**8. For each expense category listed in the table below,** ***please enter the total amount spent in 2014 for this vessel (and average per day cost for crew and hired captain)***. If you did not have an expense in 2014, then check $0.

| | |
|---|---|
| **Mooring/Dockage Fees** for this vessel in 2014 including upkeep expenses): ________________________ $0 | **Permit and/or License fees** for this vessel in : ________________________ $0 |
| **Vessel insurance premium** in 2014 for this vessel (premium paid for either hull or P & I insurance): ________________________ *Number of months insured:* ______ $0 | **Quota or DAS lease payments** in 2014 for his vessel (if non-monetary payments were paided to obtain quota or DAS, please estimate the value of those non-monetary payments): ________________________ $0 |
| **Total payments to crew and hired captain** in for this vessel only: Crew: Annual $_____Avg per day______ Hired Cpt: Annual $_____Avg per day____ **Do not include** what you earn when you are the captain) $0 | **Crew benefits** for this vessel in 2014 (the cost to you, as the vessel owner, for providing retirement benefits; health, life, or disability insurance premiums; and unemployment insurance for your crew and hired captain): ________________________ $0 |
| **Vessel Activity/Quota Monitoring Cost** for this vessel in 2014 (such as observer or dockside monitoring cost): | **Other costs** for this vessel in 2014: *Describe*: |

| $________________________ | $________________________ |
|---|---|
| ☐ $0 | ☐ $0 |

Appendix 9 – Herring and Mackerel Cost Survey December 2018

_0000017630

## Section D: Operating Costs

7. **For each expense category listed in the table below,** ***please enter the total amount spent in 2014 for this vessel, including all payments made by you and/or the crew. Also please enter the average cost per day.***
   - If nothing was spent in a category, please check $0.
   - *We are aware that these kinds of costs may vary significantly from year to year.* ***Please bear in mind that this survey is about 2014 expenses only.***

| | |
|---|---|
| **Fuel/oil/filter** for this vessel in 2014:<br>Annual $_______ Avg per day_____<br>$0 ☐ I Don't Know | **Food and Drinking Water** for this vessel in 2014:<br>Annual $_______ Avg per day $________<br>$0 ☐ I Don't Know |
| **Ice** for this vessel in 2014:<br>Annual $_______ Avg per day_____<br>$0 ☐ I Don't Know | **Carrier vessel fees** for this vessel in 2014:<br>Annual $_______ Avg per day $________<br>$0 ☐ I Don't Know |
| **Fresh Water** for use in this vessel in :<br>Annual $_______ Avg per day_____<br>$0 ☐ I Don't Know | **Communication Costs** for this vessel in 2014 such as cell phones, radio, VMS etc.): *o not include office phone use.*<br>Annual $_______ Avg per day $________<br>$0 ☐ I Don't Know |
| **General Fishing Supplies** for this vessel in 2014 (such as knives, picks, hooks, bags, ties, lobster bands, rags, tape, ks/rings, lines/twine, etc.):<br>Annual $_______ Avg per day_____<br>$0 ☐ I Don't Know | **General Crew Supplies** for this vessel in 2014 ( such as gloves, boot liners and foul-weather gear):<br>Annual $_______ Avg per day $________<br>$0 ☐ I Don't Know |
| **Catch Handling Costs** for this vessel in (such as auction, lumping, pumping | **Other Costs** for this vessel in 2014:<br>*Describe*:_______________________________ |

_0000017631

| grading, shipping and sales rep): | |
|---|---|
| Annual $_________ Avg per day | Annual $_________ Avg per day $________ |
| ☐ $0 ☐ I Don't Know | ☐ $0 ☐ I Don't Know |

## Section E: Typical Crew Payment System

**10a. Did you hire a captain for the majority of this vessel's trips in 2014, or were you the captain for most trips?**

- ☐ Mostly Owner-operated
- ☐ Mostly Hired Captain
- ☐ Other ____________________

**10b. On average, how many crew were on this vessel when it went out in 2014? DO NOT COUNT YOURSELF OR THE CAPTAIN.**

_____________ Average number of crew members, not including you or the captain, in 2014

- **If you answered 0 (you had no crew in 2014), SKIP TO QUESTION 11**
- **If your answer was > 0 (you had crew in 2014), please CONTINUE WITH QUESTION 10c**

**10c. Please use the diagram on the next page to list the types of expenses that were normally taken out of gross revenue, crew's share, and captain's share in 2014.**

**You do not need to list the dollar amounts. Just list the *types* of expenses deducted (for example: "fuel" "ice" "food").**

***NOTE: If the diagram below is not appropriate for your settlement system, please describe your system on the next page.***

GROSS REVENUE

EXPENSES YOU DEDUCT BEFORE ANY DISTRIBUTION (list the types of expenses only, not the amount):

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

Boat's percentage + Crew's percentage + Captain's percentage = 100%

BOAT'S PERCENTAGE: %

CREW'S PERCENTAGE :______%

EXPENSES YOU DEDUCT FROM CREW'S PERCENTAGE (list the types of expenses only, not the amount):

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

CAPTAIN'S PERCENTAGE:______%

EXPENSES YOU DEDUCT FROM CAPTAIN'S PERCENTAGE (list the types of expenses only, not the amount):

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

**If the diagram displayed on the previous page is not appropriate for your crew payment, then please describe your crew payment system in the space below:**

**10d. Please list the *types* (not the cost) of items crew members purchase for themselves.**

Examples include: "food on day boats", "foul weather gear", "gloves", etc.
(These expenses would NOT be included in the diagram above.)

## Section F: Overall Business Cost

**11a. Including the vessel listed in this survey, how many vessels did your fishing business operate or maintain in 2014?**

______vessel(s) operated or maintained in 2014

**11b. For each expense category listed below, please enter the amount spent for either all your vessels or just this vessel in 2014. Indicate by checking the appropriate box.**

If you did not spend anything on that expense category in 2014, please check $0.

| | |
|---|---|
| **Workshop/Storage Expenses** for 2014 (such as gear shed rental and workshop expense):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only | **Office Expenses** for 2014 (such as office supplies, office rer home office, office utilities (such as electric, heat, etc.), posta photocopying, computer and office phone use, excluding **communication costs**):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only |
| **Business Vehicle Usage Costs** for 2014 (for fishing business related purposes only; such as number of miles the vehicle was used for business multiplied by a standard mileage rate):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only | **Business Travel Costs** for 2014 (such as cost of lodging, travel, and transportation for business associated travel **excluding business vehicle costs**):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only |
| **Association Fees Paid** in 2014 (such as co-operative, fishing organization, sector fees and union dues):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only | **Professional Fees Paid** in 2014 (such as settlement, accounting, and legal fees):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only |
| **Principal Paid on Business Loans** for 2014 (enter only payments made, ***not*** amount owed):<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only | **Interest Paid on Business Loans** for 2014:<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only |
| **Taxes paid (income, property, etc.)** for 2014:<br>☐ $________ ☐ ☐<br>$0 for all vessels for this vessel only | **Non-Crew Labor Services** for 2014 (such as night watchman, shore engineer, and office secretary):<br>$________________<br>*Describe:* ________________ |

## Section G: Other Costs and Earnings

**12. Did you have any other costs in 2014 that we have not asked about in this survey? If so, please list them below. (Please do not report your personal costs).**

**Other costs for the identified vessel only:**

| Cost | Description of other annual costs incurred in 2014 |
|---|---|
| $ ______________ | ______________ |
| $ ______________ | ______________ |

**Other costs for your entire business:**

| Cost | Description of other annual costs incurred in 2014 |
|---|---|
| $ ______________ | ______________ |
| $ ______________ | ______________ |

**13. Please record the total gross revenue from all activities generated by this vessel in 2014.** *(Note: Although we collect revenue information from the dealer reporting system, this question is for cross-checking our record in order to improve our overall data quality.)* **:**

Gross revenue from commercial trips: $______________

Gross revenue from non-commercial trips (e.g. charter trips): $ ______________

☐ $0 (this vessel was inactive during 2014)

**14. In the following table, Please record the number of days this vessel spent in each fishery in 2014. Be as specific as possible in the fishery description noting things such as gear type, target species, fishing region, etc.**

| Fishery Description (gear/species/region) | Number of Days in 2014 |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Thank you for your response! Please use the space below for comments.