## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*,      ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| v.     ) | No. 20-cv-466 (EGS) |
| ) | |
| WILBUR L. ROSS, JR., in his official capacity as      ) | |
| Secretary of the U.S. Department of Commerce, *et al.*,      ) | |
| ) | |
| Defendants.     ) | |
| ) | |

## <u>JOINT STATUS REPORT</u>

Pursuant to the Court's Minute Order, dated May 4, 2020, the parties hereby provide the following joint status report:

1.     This action arises under the Magnuson-Stevens Fishery Conservation and Management Act ("MSA"), 16 U.S.C. § 1801 *et seq.*, and involves a challenge to the legality of the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"). *See* Nat'l Oceanic & Atmospheric Admin., Industry-Funded Monitoring, 85 Fed. Reg. 7,414 (Feb. 7, 2020) (to be codified at 50 C.F.R. pt. 648).

2.     The MSA provides that, "[u]pon motion by the person who files a petition under this subsection, the appropriate court shall assign the matter for hearing at the earliest possible date and shall expedite the matter in every possible way."  16 U.S.C. § 1855(f)(4).

3.     On April 21, 2020, Plaintiffs filed an unopposed motion to expedite this proceeding under Section 1855(f).  ECF No. 15.

4.     The Court granted the motion by Minute Order, dated May 4, 2020, and scheduled a hearing for "October 9, 2020 at 1:00 PM in Courtroom 24A."  The Court directed the parties to

file the instant joint status report to advise the Court whether a hearing would still be "necessary following the completion of the summary judgment briefing."

5.    Plaintiffs, for their part, believe that the scheduled hearing should still be held. Given the complexity of the arguments presented in the parties' cross-motions, *see* ECF Nos. 18, 20, 22 & 26, and the issues raised by Defendants' motion to exclude, *see* ECF Nos. 24–25 & 27, a hearing would not only provide an opportunity for oral argument but, more importantly, give the Court a chance to pose clarifying questions.

6.    Defendants believe their summary judgment briefs fully address the issues, but defer to the Court's determination of whether it would find the scheduled hearing helpful in resolving the parties' cross-motions or whether the Court can decide the matter on the papers.

7.    The parties agree that a hearing need not be held in-person. During Phase 2 of the United States District Court for the District of Columbia's Continuity of Operations Plan for the COVID-19 Pandemic, "at the request of a party, a proceeding may be held in person if the presiding Judge deems an in-person proceeding to be necessary." Notice, Court Operations: Transition to Phase 2 Beginning Sept. 14, 2020, *available at* https://www.dcd.uscourts.gov/coronavirus-covid-19-response-information-and-announcements. Here, however, no party is requesting that a hearing be conducted in-person, and the parties agree that a hearing, if any, may be conducted remotely using video or audioconferencing technology, according to the Court's preference.

//


//

Dated: September 25, 2020

_/s/ Ryan P. Mulvey_
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 N. Courthouse Road, Suite 700
Arlington, VA 22201
Telephone: (571) 444-2841
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

_Counsel for Plaintiffs_

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

_/s/ Alison C. Finnegan_
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

_/s/ Kristine S. Tardiff_
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax: (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants