# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WYNN COGGINS, in her official capacity as ) <br> Acting Secretary of the Department of Commerce, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No: 1:20-cv-00466-EGS |

## NOTICE OF ERRATA

On July 24, 2020, Defendants[1] filed their Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Summary Judgment. Dkt. No. 20-1, 21. On page 17 of the Memorandum, Defendants referred to a final rule published in the Federal Register on December 6, 1989 with a citation of "55 Fed. Reg. 50,386, 50,391." The correct citation for the referenced document is 54 Fed. Reg. 50,386, 50,391 (Dec. 6, 1989).

Dated: January 26, 2021

Respectfully submitted,

JEAN E. WILLIAMS,
Deputy Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan
Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

---

[1] Wynn Coggins, acting Secretary of the Department of Commerce, is substituted pursuant to Federal Rule of Civil Procedure 25(d).

Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

<u>/s/ Kristine S. Tardiff</u>
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax: (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan