IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GINA M. RAIMONDO, in her official capacity as ) <br> Secretary of the Department of Commerce, *et al.*,[1] ) <br> ) <br> Defendants. ) <br> ) | Civil Case No. 20-0466 (EGS) |

## PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT

Plaintiffs Loper Bright Enterprises, Inc., H&L Axelsson, Inc., Scombrus One LLC, and Lund Marr Trawlers LLC (collectively, "Plaintiffs") respectfully submit this notice related to Defendants' implementation of the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"), which is the fishery management action under challenge. The parties finished briefing this expedited case on September 9, 2020.

To date, Defendants have delayed implementation of the Omnibus Amendment's industry-funding requirement in the Atlantic herring fishery. As reflected in the attached correspondence, however, the Greater Atlantic Regional Fisheries Office indicated on March 24, 2021 that, among other things, "NOAA Fisheries will begin selecting vessels with Category A or B herring permits fishing on declared herring trips for industry-funded monitoring (IFM) coverage of trips departing on or after **June 1, 2021**." Ex. A. "Vessels issued a Category A or B Atlantic herring permit will be required to secure and pay for at-sea monitoring coverage on trips that are selected for IFM

---

[1] Gina M. Raimondo, Secretary of the Department of Commerce, is automatically substituted pursuant to Federal Rule of Civil Procedure 25(d).

coverage.  The IFM coverage target for the herring fishery is 50 percent of trips." *Id.*  Plaintiffs possess Category A herring permits and will therefore be responsible for industry-funded monitoring on trips selected for coverage beginning on June 1, 2021.

Dated: March 26, 2021

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Phone: (571) 444-2841
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Plaintiffs*