# **<u>Exhibit A</u>**

**Ryan Mulvey**

---

| | |
|---|---|
| **From:** | NOAA Fisheries Greater Atlantic Region <garfo.noaafisheries@public.govdelivery.com> |
| **Sent:** | Wednesday, March 24, 2021 9:22 AM |
| **To:** | Ryan Mulvey |
| **Subject:** | Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on June 1, 2021 |

Having trouble viewing this email? View it as a Web page.



**March 24, 2021**

# Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on June 1, 2021

NOAA Fisheries will begin selecting vessels with Category A or B herring permits fishing on declared herring trips for industry-funded monitoring (IFM) coverage of trips departing on or after **June 1, 2021**. Vessels issued a Category A or B Atlantic herring permit will be required to secure and pay for at-sea monitoring coverage on trips that are selected for IFM coverage. The IFM coverage target for the herring fishery is 50 percent of trips.

## Notification, Reporting, and Monitoring Requirements

Vessels must follow all Pre-Trip Notification System (PTNS) requirements for the herring fishery. For more information on notification and reporting requirements, please see the Notification, Reporting, and Monitoring Requirements for the Atlantic Herring Fishery bulletin from March 31, 2020. For more information about PTNS, please contact the PTNS team at nefsc.ptns@noaa.gov or (855) 347-4371.

## Approved IFM Providers

In April 2020, NOAA Fisheries approved four companies to provide IFM services to herring vessels in 2020 and 2021. Please see the IFM in the Northeast webpage for a list of approved providers, services provided, and contact information.

1

**Vessels issued a Category A or B Atlantic herring permit must log into their PTNS web account to review the list of approved providers in PTNS and rank them in order of preference.** Vessels should rank their providers in PTNS by **May 20, 2021**.

For more information about ranking preferred providers, please contact the PTNS team at nefsc.ptns@noaa.gov or (855) 347-4371.

## Fishing in Groundfish Closed Areas

A vessel may fish with midwater trawl gear inside certain Groundfish Closed Areas on a herring trip if:

1. The vessel is assigned Northeast Fisheries Observer Program (NEFOP) coverage on the trip in PTNS, and
2. The vessel carries a NEFOP observer on the trip.

***If the vessel is issued a coverage waiver for the trip for any reason, the vessel is not permitted to fish inside a Groundfish Closed Area during that trip.***

Midwater trawl vessel owners may purchase observer coverage to satisfy the requirement of carrying an observer to access Groundfish Closed Areas. Vessels carrying an IFM at-sea monitor are not allowed to fish with midwater trawl gear inside the Groundfish Closed Areas. For more information about purchasing observer coverage, please contact the PTNS team at nefsc.ptns@noaa.gov or (855) 347-4371.

## Midwater Trawl Electronic Monitoring (EM) Exempted Fishing Permit (EFP)

Some herring vessels chose to use EM and portside sampling instead of at-sea monitoring to satisfy IFM coverage requirements in 2021. EM coverage will be provided by Saltwater Inc. through a contract with NOAA Fisheries. Participating vessels will be required to secure portside sampling services from an approved provider on trips that are selected for IFM coverage. Participating vessels will also be required to land at a NOAA Fisheries-approved sampling station on trips that are selected for portside sampling. Consistent with the NOAA Fisheries COVID-19 protocols for deploying human observers and monitors, vessels participating in the midwater trawl herring EM EFP will temporarily not be assigned Standardized Bycatch Reporting Methodology (SBRM) coverage. For questions about the EFP, please contact Maria Fenton at maria.fenton@noaa.gov or (978) 281-9196.



## Questions?

Fishermen: Contact Carrie Nordeen, Sustainable Fisheries, (978) 281-9272; Maria Fenton, Sustainable Fisheries, (978) 281-9196

Media: Contact Jennifer Goebel, Regional Office, 978-281-9175

NOAA Fisheries Greater Atlantic Region (978) 281-9175, www.fisheries.noaa.gov/garfo

 

SUBSCRIBER SERVICES:
Manage Subscriptions  |  Help

This email was sent to ryan.mulvey@causeofaction.org using GovDelivery Communications Cloud, on behalf of: NOAA Fisheries · 1315 East-West Highway · Silver Spring, MD · 20910

