**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*,  ) | |
| )  | |
| Plaintiffs,  ) | |
| )  | |
| v.  ) | Civil Case No. 20-0466 (EGS) |
| )  | |
| GINA M. RAIMONDO, in her official capacity as  ) | |
| Secretary of the Department of Commerce, *et al.*,[1]  ) | |
| )  | |
| Defendants.  ) | |

**NOTICE REGARDING INDUSTRY-FUNDED MONITORING COVERAGE IN THE
ATLANTIC HERRING FISHERY**

Defendants submit this Notice to provide clarification on the "Notice of Factual

Development" filed by Plaintiffs on March 26, 2021.  Dkt. No. 33.  First, the announcement

made by the National Oceanic and Atmospheric Administration ("NOAA") Fisheries Greater

Atlantic Region regarding Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery

on March 24, 2021 also was issued on the agency's website.  *See* https://www.fisheries.noaa.gov/

species/atlantic-herring#industry-funded-monitoring (last visited Mar. 29, 2021).  Second,

implementation of the IFM requirement in the Atlantic herring fishery previously was delayed

from its originally-scheduled start date of April 1, 2020.  *See* Dkt. No. 25 at 10 n.1.

Dated: March 29, 2021                    Respectfully submitted,

JEAN E. WILLIAMS,
Acting Assistant Attorney General
SETH M. BARSKY, Chief
MEREDITH L. FLAX, Assistant Chief

/s/ Alison C. Finnegan

---

[1] Gina M. Raimondo, Secretary of the Department of Commerce, is hereby substituted pursuant to
Federal Rule of Civil Procedure 25(d).

Alison C. Finnegan, Senior Trial Attorney
(Pennsylvania Bar No. 88519)
U.S. Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
alison.c.finnegan@usdoj.gov

/s/ Kristine S. Tardiff
Kristine S. Tardiff
(New Hampshire Bar No. 10058)
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
Tel: (603) 230-2583; Fax: (603) 225-1577
kristine.tardiff@usdoj.gov

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2021, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Alison C. Finnegan