IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LOPER BRIGHT ENTERPRISES, *et al.*, ) |   |
| ) |   |
| Plaintiffs, ) |   |
| ) |   |
| v. ) | Civil Case No. 20-0466 (EGS) |
| ) |   |
| GINA M. RAIMONDO, in her official capacity as ) |   |
| Secretary of the Department of Commerce, *et al.*, ) |   |
| ) |   |
| Defendants. ) |   |
| ) |   |

**PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT**

Plaintiffs Loper Bright Enterprises, Inc., H&L Axelsson, Inc., Scombrus One, LLC, and Lund Marr Trawlers LLC (collectively, "Plaintiffs") respectfully submit this notice related to Defendants' implementation of the New England Industry-Funded Monitoring Omnibus Amendment ("Omnibus Amendment"), which is the fishery management action under challenge.

The parties finished briefing this expedited case approximately eight months ago on September 9, 2020. Under the Magnuson-Stevens Act, this Court "shall expedite [this matter] in every possible way." 16 U.S.C. § 1855(f)(4). The Court granted Plaintiffs' unopposed motion to expedite in May 2020. *See* Minute Order (May 4, 2020); *see also* ECF Nos. 15 & 17. It canceled the hearing scheduled for October 9, 2020 in light of a "forthcoming Memorandum Opinion and Order." Minute Order (Sept. 30, 2020).

To date, Defendants have repeatedly delayed implementation of the Omnibus Amendment's industry-funding requirement in the Atlantic herring fishery, which was originally scheduled to start on April 1, 2020. Most recently, in March 2021, Defendants delayed the

industry-funding requirement to June 1, 2021. *See, e.g.*, ECF Nos. 33 & 34. Now, as reflected in the attached correspondence, Defendants have yet again pushed back implementation:

> Beginning on **July 1, 2021**, NOAA Fisheries will begin selecting vessels with Category A or B herring permits fishing on declared herring trips for industry-funded monitoring (IFM) coverage. Vessels issued a Category A or B Atlantic herring permit will be required to secure and pay for at-sea monitoring coverage on trips that are selected for IFM coverage.

Ex. A.[1]  Plaintiffs possess Category A herring permits and will therefore be responsible for industry-funded monitoring on trips selected for coverage beginning on July 1, 2021.

Dated: May 17, 2021

Respectfully submitted,

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
Eric R. Bolinder
D.C. Bar No. 1028335

CAUSE OF ACTION INSTITUTE
1310 North Courthouse Road, Suite 700
Arlington, VA 22201
Phone: (571) 444-2841
ryan.mulvey@causeofaction.org
eric.bolinder@causeofaction.org

*Counsel for Plaintiffs*

---

[1] The notice of delayed implementation of industry-funded monitoring has also been posted online: https://www.fisheries.noaa.gov/species/atlantic-herring#industry-funded-monitoring.

# EXHIBIT A

**Ryan Mulvey**

| | |
|---|---|
| **From:** | NOAA Fisheries Greater Atlantic Region <garfo.noaafisheries@public.govdelivery.com> |
| **Sent:** | Friday, May 14, 2021 9:17 AM |
| **To:** | Ryan Mulvey |
| **Subject:** | Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on July 1, 2021 |

Having trouble viewing this email? View it as a Web page.



May 14, 2021

# Industry-Funded Monitoring Coverage in the Atlantic Herring Fishery Will Begin on July 1, 2021

Beginning on **July 1, 2021**, NOAA Fisheries will begin selecting vessels with Category A or B herring permits fishing on declared herring trips for industry-funded monitoring (IFM) coverage. Vessels issued a Category A or B Atlantic herring permit will be required to secure and pay for at-sea monitoring coverage on trips that are selected for IFM coverage.

These vessels must log into their Pre-Trip Notification System (PTNS) web account to review the list of approved providers in PTNS and rank them in order of preference. Vessels should rank their providers in PTNS by June 20, 2021 to avoid any delays in the IFM assignment process.

For more information, go to our IFM website, which includes information on reporting requirements, approved IFM providers, the midwater trawl electronic monitoring exempted fishing permit, and other details.

## Questions?

Fishermen: Contact Carrie Nordeen, Sustainable Fisheries, 978-281-9272

Media: Contact Allison Ferreira, Regional Office, 978-281-9103

NOAA Fisheries Greater Atlantic Region (978) 281-9175, www.fisheries.noaa.gov/garfo



SUBSCRIBER SERVICES:
Manage Subscriptions  |  Help



This email was sent to ryan.mulvey@causeofaction.org using GovDelivery Communications Cloud, on behalf of: NOAA Fisheries · 1315 East-West Highway · Silver Spring, MD · 20910

2