UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Loper Bright Enterprises, Inc., *et al.*,

        Plaintiffs,

v.

GINA RAIMONDO, in her official capacity, Secretary, U.S. Department of Commerce, *et al.*,

        Defendants.

Civ. Action No. 20-466 (EGS)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiffs' Motion for Summary Judgment, ECF No. 18, is **DENIED**; and it is further

**ORDERED** that Defendants' Cross-Motion for Summary Judgment, ECF No. 20, is **GRANTED;** and it is further

**ORDERED** that Defendants' Motion to Exclude Plaintiffs' Extra-Record Declaration, ECF No. 24, is **GRANTED.**

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
                **United States District Judge**
                **June 15, 2021**