UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Loper Bright Enterprises, Inc., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity, Secretary, U.S. Department of Commerce, *et al.*,<br><br>　　　　　Defendants. | Civ. Action No. 20-466 (EGS) |

**FINAL JUDGMENT**

　　Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated in the accompanying Memorandum Opinion and Order, it is hereby

　　**ORDERED** that the Clerk shall enter final judgment in favor of Defendants Gina Raimondo, Secretary of the U.S. Department of Commerce; the U.S. Department of Commerce; Benjamin Friedman, Deputy Under Secretary for Operations, performing the duties of Under Secretary of Commerce for Oceans and Atmosphere and National Oceanic and Atmospheric Administration ("NOAA") Administrator; the NOAA; Chris Oliver, Assistant Administrator for NOAA Fisheries; and the National Marine Fisheries Service; and against Plaintiffs Loper Bright Enterprises, Inc.; H&L Axelsson, Inc.; Cape Trawlers, Inc.; Scombrus One LLC; Golden Nugget LLC; Lund Marr Trawlers LLC; Mount Vernon LLC; and Nancy

Elizabeth LLC. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **June 23, 2021**