AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## District of Columbia

**FILED**
JUN 2 4 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Loper Bright Enterprises, Inc., et al., )
  *Plaintiff* )
    v. ) Civil Action No. 20-466 (EGS)
Gina Raimondo, et al )
  *Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Ordered that the Clerk shall enter final judgment in favor of Defendants against Plaintiffs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge EMMET G. SULLIVAN on a motion for Summary Judgment by Plaintiffs

Date: 06/24/2021

ANGELA D. CAESAR, CLERK OF COURT

*[signature]*
Signature of Clerk or Deputy Clerk