# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Loper Bright Enterprises, Inc., et al.
            Plaintiff

vs.                                Civil Action No. 20-0466 (EGS)

Gina Raimondo, et al.
            Defendant

## NOTICE OF APPEAL

Notice is hereby given this 15th day of July, 20 21, that

Plaintiffs Loper Bright Enterprises, Inc; H&L Axelsson, Inc.; Scombrus One LLC; and Lund Marr Trawlers LLC

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 23d day of June, 20 21

in favor of Defendants Gina Raimond, in her official capacity as Secretary of Commerce, et al.

against said Plaintiffs

/s/ Ryan P. Mulvey
Attorney or Pro Se Litigant

Cause of Action Institute
1310 N. Courthouse Road, Ste. 700
Arlington, VA 22201-2961
(571) 444-2841
            Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Alison C. Finnegan
U.S. Department of Justice - Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

Kristine S. Tardiff
U.S. Department of Justice - Environment & Natural Resources Division
53 Pleasant Street, 4th Floor
Concord, NH 03301