IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOPER BRIGHT ENTERPRISES, INC., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> GINA M. RAIMONDO, in her official capacity as ) <br> Secretary of the Department of Commerce, *et al.*, ) <br> ) <br> *Defendants*. ) | Civil Case No. 20-0466 (EGS) |

### NOTICE OF WITHDRAWAL OF ERIC R. BOLINDER

Please take notice that Eric R. Bolinder withdraws his appearance as counsel for Plaintiffs Loper Bright Enterprises, Inc.; H&L Axelsson, Inc.; Scombrus One LLC; and Lund Marr Trawlers LLC in the above-captioned action. As of July 23, 2024, Eric R. Bolinder will no longer be employed by Cause of Action Institute. Plaintiffs will continue to be represented by Ryan P. Mulvey of Cause of Action Institute, who remains as counsel on this case.

Dated: July 22, 2024

Respectfully submitted,

*/s/ Eric R. Bolinder*
Eric R. Bolinder
D.C. Bar No. 1028335
eric.bolinder@causeofaction.org

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar No. 1024362
For All Plaintiffs

CAUSE OF ACTION INSTITUTE
4201 Wilson Boulevard, Suite 1000
Arlington, VA 22203
Phone: (571) 444-2841
ryan.mulvey@causeofaction.org
*Counsel for Plaintiffs*